Attachment A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

Faouzi Jaber
_____

_____
*Your full name*

APR 0 7 2023

U.S. DISTRICT COURT   WVND
CLARKSBURG, WV 26301

## FEDERAL TORT CLAIMS ACT
## COMPLAINT

v.

UNITED STATES OF AMERICA

Civil Action No.: __3:23-CV-97__
*(To be assigned by the Clerk of Court)*

Groh, Trumble, Sims

## I.    JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

## II.    PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.    Your full name: Faouzi   Jaber    Inmate No.: 75840-054
Address: F.C.I. Hazelton    P.O. Box 5000
Bruceton Mills, WV 26525

## III.    PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution:  F.C.I. Hazelton

A.    Is this where the events concerning your complaint took place?
☒ Yes       ☐ No

---

*United States District Court*            7            *Northern District of West Virginia-2013*

Attachment A

If you answered "NO," where did the events occur?

_____

_____

_____

IV.    PREVIOUS LAWSUITS

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?    □ Yes    ☒ No

B.    If your answer is "YES", describe each lawsuit in the space below.  If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.    Parties to this previous lawsuit:

Plaintiff(s): _____ N/A _____
Defendant(s): _____

_____

2.    Court: _____ N/A _____
        *(If federal court, name the district; if state court, name the county)*

3.    Case Number: _____ N/A _____

4.    Basic Claim Made/Issues Raised: _____ N/A _____

_____

_____

_____

5.    Name of Judge(s) to whom case was assigned: _____
_____ N/A _____

6.    Disposition: _____ N/A _____
        *(For example, was the case dismissed?  Appealed?  Pending?)*

7.    Approximate date of filing lawsuit: _____ N/A _____

Attachment A

8. Approximate date of disposition. Attach copies: N|A

C. Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?

Yes        No

D. If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

N/A

E. Did you exhaust **ALL** available administrative remedies?
☒ Yes        ☐ No

F. If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. I have filed all necessary forms, on multiple occassions with no response or instructions to file a Standard Form 95.

G. If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1. Parties to previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

_____

Attachment A

2.    Name and location of court and case number: _____

_____

_____

3.    Grounds for dismissal:    □ frivolous        □ malicious
      □ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____

5.    Approximate date of disposition: _____

## V.    ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

A.    Did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim, with the appropriate BOP Regional Office?
☒ Yes        □ No

B.    If your answer is "YES," answer the questions below:

1.    Identify the type of written claim you filed: ___SF-95___

2.    Date your claim was filed: ___Around Feburary 2023___

3.    Amount of monetary damages you requested in your claim:
___# 2,500___

4.    If you received a written Acknowledgment of receipt of your claim from the BOP, state the:

I.    Date of the written acknowledgment: ___None Recieved___
ii.    Claim Number assigned to your claim: TRT-MXR-2023-03010

C.    If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim with the appropriate government agencies?    □ Yes        □ No

D.    If your answer is "YES," answer the questions below:

1.    Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:

_____N / A_____

2.    Identify the type of written claim(s) you filed: _____
_____N I A_____

3.    Date your claim(s) were filed: _____ N I A _____

4.    Amount of monetary damages you requested in your claim(s):
_____N I A_____

5.    If you received a written Acknowledgment of receipt of your claim(s), state the:

I.    Date of the written Acknowledgment: _____ N I A _____

ii.    Claim Number assigned to your claim: _____ N I A _____

E.    If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
☐ Yes        ☒ No

1.    If you answered "YES," state the:

I.    Date you requested reconsideration: _____ N I A _____

ii.    Date the agency acknowledged receipt of your request for reconsideration: _____ N I A _____

Attachment A

## VI.   STATEMENT OF CLAIM

*State here, as BRIEFLY as possible, the <u>facts</u> of your case.  You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining.  Describe exactly what each federal employee did. Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.  (LR PL 3.4.4)*

CLAIM 1: Did B.O.P. Staff's performance violate their duty to protect an inmate in their Custody.

Supporting Facts: According to an operations memorandum laying out obligations of B.O.P. Staff, all employees are required to protect inmates from, among other things, self harm, harassment, assault and theft.

Inmate Joseph Ryles, Reg. # 13063-081, was a known problem causer by S.I.S. staff, inmates and unit staff.

I had on numerous occasions spoke with S.I.S. staff as well as numerous different Lieutenant's in regards to existing conflicts between myself and my cellie at the time (Not Mr. Ryles).

Due to these existing conflicts an arrangement was made with Mr. Ryles to rob me while my cellie caused a distraction and kept me out of the cell.

Attachment A

My locker was both closed and locked, as it always is when I'm not present.

B.O.P. staff were aware of conflict between two inmates and refused to act upon it, in any attempt to resolve the conflict.

No investigation was conducted, nor was any interviews performed.

No attempt was made to avoid the likely escalation of the verbal conflict to cause physical harm to myself.

This negligence of B.O.P. staff was the proximate case of the injury sustained.

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

Officer M. Cumberland - F.C.I. Hazelton Bruceton Mills, WV.
Captain Smith - F.C.I. Hazelton Bruceton Mills, WV.
SIS officers by Way of Captain - F.C.I. Hazelton Bruceton Mills, WV.

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?   ☒ Yes      ☐ No

If your answer is "YES," please explain: All staff were on duty at the prison, made aware of the incident, and, either ignored or refused to due their duties and responsibilities ✓Charged them

CLAIM 2: Did B.O.P.'s lack of action by staff violate on inmates right to be free from Cruel and Unusal punishment.

Attachment A

Supporting Facts: As employees of the Federal Bureau of Prisons,

all staff have an obligation to protect those in their custody from Cruel and Unusal punishment.

The Webster's American English Dictionary defines Cruel as; "Causing suffering to others".

By being the proximate cause, resulting in one's personal property to become damaged or stolen, you are "causing suffering to others".

The inflicting of undo stress and heightened strain to one's existing medical conditions, such as my sever heart problems and high blood pressure, as a result of being the proximate cause of the incident by refusal to perform duties and obligations, is "causing suffering to others", which is considered Cruel by definition.

Merriam-Webster defines Unusal as; "not Usual: uncommon; Rare."

Unless this Honorable Court would like to admit that staff mis-conduct and abuse by Bureau of Prison's Staff is in fact a common, usal occurrence and not the rare exception to the normal behavior of B.O.P. Staff, there can be no plausible way one could view these behaviors as anything other then "Cruel and Unusal."

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

Officer M. Cumberland - F.C.I. Hazelton Bruceton Mills, WV.

Captain Smith - F.C.I. Hazelton Bruceton Mills, WV

S.I.S. Officers by way of Captain Smith- F.C.I. Hazelton Bruceton Mills, WV,

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      ☒ Yes      ☐ No

If your answer is "YES," please explain: All staff were on duty at the prison, made aware of the incident, and, either ignored or refused to due their duties and responsibilities charged them.

CLAIM 3: Did B.O.P. staff's performance violate an inmate's right to be free from Discrimination.

Supporting Facts: According to the Bureau of Prison's Program Statement number 1040.04, titled "Non-Discrimination Towards Inmates", it is made clear that Bureau staff "SHALL NOT" discriminate against inmates.

I numerous circuit opinions this has been proven to include any and all types of discrimination one can think of.

The fact that I hold heavy ties with the Reining Political family to the Country of Africa, and am of the Islamic faith, the open distain for me is ever present on a daily basis by both inmates and staff, mostly, however, it is the staff who instigate such incidents.

Per the Bureau's own Policy, Program Statements, General Post Orders, Specific Post Orders, and Operations Manuel these actions are strickly prohibited at all times whether by inmate or by staff.

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

Officer M. Cumberland - F.C.I. Hazelton Bruceton Mills, WV.

Captain Smith - F.C.I. Hazelton Bruceton - Mills, WV.

S.I.S officers by way of Captain Smith - F.C.I. Hazelton Bruceton Mills, WV.

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     ☒ Yes     ☐ No

If your answer is "YES," please explain: All staff were on duty at the prison, made aware of the incident, and, either ignored or refused to perform their duties and responsibilities charged them.

CLAIM 4: Did B.O.P. staff's performance create willful endangerment of the inmates entrusted to their custody

Supporting Facts: Bureau of Prison's staff are obligated to

Protect inmates from (among other things), Personal Abuse, Corporal Punishment, Personal Injury, Disease, Property Damage (Loss) and Harassment.

This exact language can be found in the Bureau of Prison's Operation Memorandum, titled "Subject: Control of Inmates", with an identification number of 151-90.

This memorandum is signed by Patrick R. Kane, Assistant Director, Correctional Programs Division.

In this memorandum it is stated that this requirement is to meet Accreditation Standards and "to affirm our continuing HUMANE treatment of inmates".

By being aware that inmate Ryles was a problem inmate, as well as being informed within 5 minutes of the incident to me and staff's refusal to investigate or due anything, staff is the proximate cause of this damage and or loss of my personal property, which they are obligated to

The Bureau of Prison's staff have for far to long treated inmates in conceration as their personal right and obligation to provide any and all punishment they personally feel an inmate deserves.

Per the above mentioned memorandum, as well as A.C.A. standards C2-1053 and C2-4172, Bureau staff are informed as follows: "Inmates are sentenced to confinement AS punishment; they are NOT confined FOR punishment except as provided for by LAW and regulations. HAZING, HARASSMENT, unnecessary restrictions and DEPRIVATIONS AND DEMEANING TREATMENT serve no useful purpose and are PROHIBITED."

In no way can any reasonable person believe the above cited policy, regulation and law, are at all discictionary, leaving them mandatory.

With the staff's action, or lack there of in my incident, this is a clear violation.

Officer M. Cumberland - F.C.I. Hazelton Bruceton Mills, WV.
Captain Smith - F.C.I. Hazelton Bruceton Mills, WV.
S.I.S officers by way of Captain Smith - F.C.I. Hazelton Bruceton Mills, WV.

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☒ Yes    ☐ No

If your answer is "YES," please explain: All staff were on duty at the prison, made aware of the incident, and, either ignored or refused to perform their duties and responsibilities charged them.

CLAIM 5: Did B.O.P. staff violate their duties and responsibilities by failing to report staff mis-conduct to the warden and or the office of internal affairs.

Supporting Facts: Bureau of Prisons staff never investigated or attempted to resolve the theft of my property even after multiple staff members across the entire span of Authority were notified of the incident.

This lack of action was in direct violation of the Bureau's staff.

The fact that multiple staff knew of the incident, and the refusal of Bureau staff to perform their duties and responsibilities, mandated that such staff misconduct be reported to either, the warden of the Facility, or to the office of Internal Affairs, depending upon the severity of the misconduct.

Among other things, the Program Statement 1210.24, titled "Internal Affairs, office of" class 1 violations are considered to be the most severe and would constitute a prosecutable offense, some examples are:

• Concealment, removal, or mutilation of offical documents:
   - Such as refusing to perform an investigation into the theft of an inmates property and failing to properly file the necessary paperwork thus effectively removing offical documents.

• False statements:
   - Such as lies, not following thru with making a report to SIS as indicated they would.

• Discrimination or Sexual Harassment accompanied by violence, physical force, or other egregious misconduct:
   - Such as the discrimination placed upon me by Bureau staff's refusal to perform their duties and responsibilities after being made aware of an incident, and additional staff's refusal to report said egregious misconduct.

• Attempt, conspiracy, obstruction, aiding and abetting, concealment,

necessary in order to determine it's relevance to this case at hand.

I shall not even waste this Honorable Courts time by severing the class 2 and 3 violations that would apply in this matter, instead I shall proceed to "Reporting Incidents of Staff Misconduct", further on in the same program statement.

"In accordance with the Bureau's Standards of Employee Conduct, staff who became aware of any violation or alleged violation of the Standards of Employee Conduct MUST report them to management (the CEO or AIA) or to the OIG at the Department of Justice."

In accordance with the above quoted program statement it is clear that Bureau staff are / did violate their duties and responsibilities by failing to report staff misconduct to the appropriate party.

To further expand on the harm done I shall cover Bureau's obligations to timely report violations of the Standards of Employee Conduct.

"Report Immediately", Classification 1 and 2 cases MUST be reported to OIA immediately. OIA is to be notified of Classification 1 and 2 cases."

"Notification to OIA WILL be made WITHIN 24 Hours (not to include weekends and holidays) of the time management learns of the matter."

As of April 2nd, 2023, this egregious misconduct of all staff involved in this matter has not been reported to the OIA, in direct violation of the Bureau's own policy.

Attachment A

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

Officer M. Cumberland - F.C.I. Hazelton Bruceton Mills, WV.

Captain Smith - F.C.I. Hazelton Bruceton Mills, WV.

S.I.S. Staff by way of Captain Smith - F.C.I. Hazelton Bruceton Mills, WV,

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☒ Yes    ☐ No

If your answer is "YES," please explain: All staff were on duty at the prison, made aware of the incident, and, either ignored or refused to perform their duties and responsibilities charged them.

VII.  INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages. I have suffered emotional and psychological trauma, still do, as well as the loss of personal property at the hands of B.O.P. Staff's negligence. As for physical injury, I suffer from major heart problems, all documented in the Health Services Department, this incident caused undo stress and anxiety to my heart's physical condition, and increased blood pressure.

VIII.  RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

Award Judgement in my favor for the amount of $2,500 to cover the replacement of the tangible items lost.

Attachment A

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at <u>F.C. I. HAZELTON , WV</u>   on <u>4| 4| 2023</u>   .
       (Location)                             (Date)

Your Signature

Attachment E

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Jaber, Faouzi

_____

*Your full name*

v.                                    Civil Action No.: 3:23-cv-97

                                       Groh, Trumble, Sims

UNITED STATES OF AMERICA

### Certificate of Service

I, Jaber, Faouzi _____ (your name here), appearing *pro se*, hereby certify that

I have served the foregoing FTCA Complaint (title of document being sent)

upon the defendant by depositing true copies of the same in the United States mail,

postage prepaid, upon the following counsel of record for the defendant on

4|4| 2023 _____ (insert date here):


(List name and address of counsel for the defendant)

William J. Powell                    _____
United States Attorney               (sign your name)
c/o Shawn Michael Adkins (AUSA)
1125 Chapline street, Suite 3000
Wheeling, WV 26003

---